UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES                           :
                                        :
        v.                              :    Crim. No. 3:02 CR 376 (CFD)
                                        :    Civ. No.  3:04 CV 1743 (CFD)
                                        :
JONATHAN ALVARADO                       :

## ORDER

Currently pending is petitioner Johnathan Alvarado's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence By a Person in Federal Custody. [Doc. # 86].  The Government is ordered to file a response to the petitioner's application within thirty days of the date of this order.

The Clerk is ordered to send a copy of this order to the petitioner at FCI Fort Dix, P.O. Box 38, Fort Dix, NJ 08640.  The Clerk also is ordered to send a copy of this order, together with a copy of the petitioner's application, to the Office of the United States Attorney in New Haven, Connecticut.

SO ORDERED this 2nd day of November, 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE