UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 3:02-CR-376 (CFD) |
| v. | : | 3:04-CV-1743 (CFD) |
| | : | |
| Jonatan Alvarado | : | November 30, 2004 |

**GOVERNMENT'S MOTION FOR EXTENTION TIME TO RESPOND TO
DEFENDANT ALVARADO'S
<u>PETITION FOR COLLATERAL RELIEF</u>**

On October 18, 2004, defendant Alvarado filed a motion pursuant to 28 U.S.C. § 2255. This motion was filed with the Court on October 19, 2004. A service copy was received in the United States Attorney's Office on October 25, 2004. On November 3, 2004, the Court issued an Order to file a response to the petitioner's application within thirty days of the date of the Order. As a result, the Government's response is due December 2, 2004. The Government moves this Honorable Court for a continuance to January 6, 2004 to file its response.

In his motion, the petitioner alleges, among other things, that "...defense counsel and the court failed to fully inform the petitioner prior to his plea of guilty, that it was the government's burden to prove each and every material fact essential to punishment beyond a reasonable doubt...". In order to prepare a response to the petitioner's motion, the Government believes it is necessary to obtain a copy of the transcript from the change of plea hearing held on May 5, 2003.

A request for this transcript was made to the court reporter who recorded the change of plea hearing in this matter. The inquiry, made on November 30, 2004, also addressed the possibility of obtaining the transcript on an expedited basis. At this time it was learned that the court reporter is involved in a trial and is unable to provide the transcript on an expedited basis. Further, it is not certain when the court reporter will be available to compete the transcript.

However, the trial is expected to continue for two weeks. Therefore, the Government believes that a continuance to January 6, 2005 may be sufficient to allow time for the court reporter to transcribe the change of plea hearing and time for the Government to utilize the transcript in preparing a response to the petitioner's motion.

 Therefore, the Government hereby moves this Honorable Court for a continuance to January 6, 2005 to file its response to the petitioner's motion.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        ANASTASIA ENOS
        ASSISTANT U.S. ATTORNEY
        Federal Bar No. CT24192
        450 Main Street
        Hartford, CT  06103
        Tel.: (860) 947.1101
        Fax: (860) 240.3291

## CERTIFICATE OF SERVICE

 I hereby certify that on this 30th day of November 2004, a copy of the foregoing was sent by first-class mail to:

  JONATAN ALVARADO, Inmate # 15017-014
  FCI FORT DIX
  P.O. BOX 38
  FORT DIX, NJ 08640


             _____
             Anastasia Enos
             Assistant U.S. Attorney