UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

v.                                      Case No: 3:02CR376 (CFD)

JONATHAN ALVARADO

      Petitioner.

## MOTION FOR SUMMARY DISPOSITION
## AND EVIDENTIARY HEARING

**NOW COMES**, the petitioner appearing pro se in the above matter, respectfully request that the Honorable Court grant this, his Motion for Summary Disposition and Evidentiary Hearing and would show the Court as follows:

1.) The petitioner has now pending in this court, a 28 U.S.C. § 2255 Motion to Vacate or Set-Aside his Sentence.

2.) This Court ordered the Government to respond to the petition on January 6, 2005, which has not been done as ordered; therefore, the Government is in default and the petitioner is respectfully requesting an evidentiary hearing.

**WHEREFORE**, for all of the above reasons and in the interest of justice and fairness, the petitioner respectfully request that his Moition is granted due to error.

Respectfully,

Date: 27 Jan 2005

_____ Pro Se'
Jonathan Alvarado

IN THE UNITED STATES DISTRICT COURT
FOR THE           DISTRICT OF  CONNECTICUT

UNITED STATES OF AMERICA )
)
)
vs. ) CRIMINAL NUMBER: 3:02 CR 376 (CFD)
)
JONATHAN ALVARADO )
)

### PRO SE CERTIFICATE OF SERVICE

I, JONATHAN ALVARADO, Petitioner herein, do hereby certify that an original and two copies of the foregoing filing has been furnished upon the Office of Clerk for the United States District of CONNECTICUT:

OFFICE OF THE CLERK
U.S. DEPARTMENT OF JUSTICE
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

And a true and correct copy has been furnished upon the Office of the United States Attorney for the       District of CONNECTICUT:

ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY
DEPARTMENT OF JUSTICE
DISTRICT OF CONNECTICUT

I declare under penalty of perjury that the foregoing is true and correct. Executed on this day 27 of JAN, 2005

_____