UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 31 P 3: 08

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 3:02 CR 376 (CFD) |
| | : 3:04 CV 1743 (CFD) |
| JONATAN ALVARADO | : |

## ORDER TO SHOW CAUSE

Pending is defendant's motion to vacate his sentence pursuant to 28 U.S.C. § 2255 [Doc. #86]. The Government was directed to file its response to defendant's motion by January 6, 2005. No response has yet been filed. Therefore, the Government is ORDERED to show cause within ten (10) days of this order regarding their failure to file a response to the pending motion.

So ordered this 28TH day of January 2005, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE