UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. | **3:02cr376 (CFD)** |
| | : | Civil No. | **3:04cv1743 (CFD)** |
| | : | | |
| v. | : | | |
| | : | | |
| | : | February 11, 2005 | |
| JONATHAN ALVARADO | : | | |

### GOVERNMENT'S RESPONSE TO THE ORDER TO SHOW CAUSE DATED JANUARY 28, 2005

**I. Background**

On October 18, 2004, the Court received a Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody. This motion was not served on the Government, at its New Haven office until October 25, 2004. The Court ordered the Government to file a response within 30 days of November 3, 2004. Due to delays encountered in obtaining the transcripts of the guilty plea and sentencing proceedings--which were needed by the Government to analyze the defendant's claims and prepare a response--the Government moved on November 30, 2004 for an extension until January 6, 2005. The court granted this motion. The transcripts were filed on January 4, 2005, which did not enable the Government sufficient time to prepare a response by January 6, 2005. On January 6, 2005, the defendant signed his Motion to Amend His 28 U.S.C. §2255 MOTION TO VACATE, SET ASIDE, SENTENCE PURSUANT TO FED. R. C.V. PROC. 15(d). According to the certification of service this Motion to Amend was mailed on January 7, 2005 to the Office of the Clerk for the United States District of Connecticut, and the United States Attorney for the District of

Connecticut.  Although this Motion was received at the United States Attorney's Office, it does not appear to have been docketed by the Clerk's Office.  It was received by the United States Attorney's Office on January 20, 2005.  Based on Local Rule 9a, The Government calculated the new reply date to be February 11, 2005, which is 21 days after the defendant's Amended Motion was received in the U.S. Attorney's Office in New Haven.  Neither the civil nor criminal docket reports reflect that the Clerk's office received and filed the Amended Motion.  Therefore, the Government is attaching a copy as Exhibit 1.

On January 27, 2005, the defendant signed a Motion for Summary Disposition and Evidentiary Hearing which was filed with the Court on January 31, 2005.  Although the defendant indicates in the Certificate of Service that a copy was sent to the U.S. Attorney's Office for the District of Connecticut, it has not been received as of February 11, 2005.  On January 28, 2005, the Court issued an Order requiring the Government to show cause, within ten days, why its response has not been filed. Therefore, the Government is filing this response on February 11, 2005.

In addition to the above circumstances,  less than a week after the Government's response was due, while the Government was analyzing the recently received transcripts and preparing a response, the Supreme Court announced its decision in United States v. Booker, 125 S. Ct. 738 (2005) which directly and dramatically impacted on the defendant's claims and the Government's response.  Thereafter, the case law and the Department of Justice's policies were changing or developing on a virtually daily basis.  Further, if the Government had been able to file a response by January 6, 2005, it is likely the Court would have required a supplemental response from the Government in the wake of Booker.

Based on all the above facts, the Government respectfully requests leave to file its

Response to Defendant's Motion and Amended Motion to Vacate and Set Aside The Sentence Pursuant to 28 U.S.C. §2255 and moves nunc pro tunc for an extension to February 11, 2005 to file said response.

                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY


                              ANASTASIA ENOS
                              ASSISTANT UNITED STATES ATTORNEY
                              450 Main Street
                              Hartford, Connecticut  06103
                              Telephone (860) 947-1101
                              Federal Bar No. CT20451

**CERTIFICATE OF SERVICE**

     A true and correct copy of the foregoing was forwarded via U.S. Mail, First Class, postage prepaid, on this 11th day of February, 2005 to:

Mr. JONATHAN Alvarado  
Reg. Number 15017-014  
FCI Fort Dix  
P.O. Box 38  
Fort Dix, New Jersey  08640

_____  
ANASTASIA ENOS  
ASSISTANT UNITED STATES ATTORNEY