

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2005 FEB 11 P 7: 03

DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | **Crim. No.** | **3:02cr376 (CFD)** |
| : | **Civil No.** | **3:04cv1743 (CFD)** |
| : | | |
| **v.** : | | |
| : | | |
| : | | **February 11, 2005** |
| **JONATHAN ALVARADO** : | | |

Granted. So ordered. /M

## GOVERNMENT'S RESPONSE TO THE ORDER TO SHOW CAUSE DATED JANUARY 28, 2005

### I. Background

On October 18, 2004, the Court received a Motion Under 28 U.S.C. §2255 to Vacate, Set

Aside, or Correct Sentence By a Person in Federal Custody. This motion was not served on the

Government, at its New Haven office until October 25, 2004. The Court ordered the

Government to file a response within 30 days of November 3, 2004. Due to delays encountered

in obtaining the transcripts of the guilty plea and sentencing proceedings--which were needed by

the Government to analyze the defendant's claims and prepare a response--the Government

moved on November 30, 2004 for an extension until January 6, 2005. The court granted this

motion. The transcripts were filed on January 4, 2005, which did not enable the Government

sufficient time to prepare a response by January 6, 2005. On January 6, 2005, the defendant

signed his Motion to Amend His 28 U.S.C. §2255 MOTION TO VACATE, SET ASIDE,

SENTENCE PURSUANT TO FED. R. C.V. PROC. 15(d). According to the certification of

service this Motion to Amend was mailed on January 7, 2005 to the Office of the Clerk for the

United States District of Connecticut, and the United States Attorney for the District of