Jonathan Alvarado #15517-014
F.C.I. Fort Dix
P.O. Box 7000
Fort Dix, New Jersey 08640

2/14/05

Honorable C.F. Droney, U.S.D.J.
United States District Court
450 Main Street
Hartford, Conneticut 06112

RE: U.S. v Alvarado
3:02 CR 376 (CFD)

Dear Judge Droney,

Per the Court's Directive, the Government was to respond by February 11, 2005, as to why they did not show "Cause" by absence of their response to my 2255 motion. As of this writing they failed to comply with the Court.

Please accept this letter as a formal motion/request to grant the relief requested in the 2255 application currently before the Court and re-sentence the Defendant minus the three point enhancement originally imposed.

*The Clerk shall docket this letter and include it in the Court's file. So ordered.*

Christopher F. Droney
United States District Judge
06/8/05

[RECEIVED stamp: 2005 FEB 22 A 10:53 CHAMBERS CHRISTOPHER F. DRONEY U.S. DISTRICT JUDGE]

[FILED stamp: 2005 -9 P 4: DISTRICT COURT HARTFORD, CT.]


I would ask The court To Respectfully To Rule on This matter At your earliest possible Convenience.

Sincerely

Jonatan Alvarado

cc: K. O'Connor, Esq (USAUA)