UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RECEIVED
2005 MAR -4 P 12: 27

CHAMBERS
CHRISTOPHER F. DRONEY
U.S. DISTRICT JUDGE

Jonathan Alvarado,
    Petitioner,

v

United States of America,
    Respondents.

Civil No. 3:04CV1743(CFD)
Crim. No. 3:02CR376(CFD)

NOTICE OF MOTION

Motion for Leave to Amend
28 USC §2255 Motion

The petitioner moves this Honorable Court to file an amendment to his 28 USC §2255 motion pursuant to Federal Rules of Civil Procedure, Rule 15(a). Leave to amend shall be freely given when justice so requires.

A memorandum brief in support of this motion is made part of this motion by reference herein.

February 26, 2005

Respectfully Submitted,

Jonathan Alvarado
Reg. # 15017-014
FCI Fort Dix
P.O. Box 7000
Fort Dix, NJ 08640

---

The Clerk is directed to docket this letter as a motion for leave to amend the petitioner's 28 U.S.C. § 2255 motion in 3:02 CR 376, as well as the petitioner's supporting memorandum. The Government shall have twenty-one (21) days from the date of this order in which to object to the motion. So ordered.

Christopher F. Droney
United States District Judge
06/8/05