UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


STATE OF NEW JERSEY

ss.

COUNTY OF BURLINGTON


AFFIDAVIT OF JONATHAN ALVARADO


Affiant Jonathan Alvarado, of lawful age and duly sworn upon his oath, deposes and states:


1) That I am the petitioner in civil action 3:04CV1743(CFD).


2) That I was represented by Gary A. Mastronardi, Esq. in criminal action No. 3:02CR376(CFD).


3) That during Mr. Mastronardi's representation I discussed the facts of my case with him. I had explained to him that I had never dealt in quantities in excess of ten (10) grams of heroin during any of the times that the government alleged in the indictment. I stated that I had not dealt in quantities of 50 grams or more.


4) On or about May 2003, Mr. Mastronardi and I discussed the prospects of a plea offer that had been proposed by the government. During that conver-sation, Mr. Mastronardi advise me that he had evaluated my case, and determined that I was facing a mandatory minimum of 5 years and statutory maximum of 40 years. And stated that it was his legal opinion that I should accept that plea agreement by the government.


5) Based solely on Mr. Mastronardi's representation I accepted his legal conclusion and trusted his advise

in deciding to accept the government's plea agree-
ment.

6) That if I was not wrongly advised by Mr.
Mastronardi as to the statutory mandatory minimum
and statutory maximum that applied in my case I
would not have waived my constitutional rights to
a juty trial, present evidence and witnesses on my
behalf, confront my accuser, appeal my conviction
and sentence, and collaterally attack my conviction
e.i., 28 USC § 2255.

7) That I would have exercise my right to a jury trial
if it was'nt for the erroneous legal advise of
Mr. Mastronardi.

8) That my guilty plea was involuntary, unintelligient,
and unknowing due to Mr. Mastronardi's erroneous legal
conclusion. Furthermore, any waiver of appeal or
collatarel attack is also unintelligient, unknowing
and involuntary.

9) That on October 18, 2004 I filed a §2255 motion
seeking relief on 3 grounds. On January 20, 2005 I
filed an Amended §2255 Motion based on the Blakely
v Washington, 124 S.Ct 2531(2004) decision. I am now
withdrawing all claims previously submitted with the
exception of ground 3 in the original §2255 petition.
Ground 3 is a cause of action based on counsel's
ineffectiveness. As to that claim I seek leave to
amend and reply in the single document incorporated
by reference with this affidavit.

The foregoing is stated under penalties of perjury.
28 USC § 1746.

February 26, 2005

Jonathan Alvarado #15017-014
FCI Fort Dix
P.O. Box 7000
Fort Dix, NJ 08640

2