UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 3:02 CR 376 (CFD) |
| v. : | |
| : | |
| JONATHAN ALVARADO : | |

**ORDER**

On June 9, 2005, the Court ordered that petitioner Jonathan Alvarado's motion to amend his Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody [Doc. # 99] be docketed. At that time, the Court also granted the Government twenty-one days to object to the motion to amend. The Clerk, however, failed to separately docket the Court's endorsement order allowing the motion to amend to be filed and directing the Government to respond. Therefore, the Government lacked notice of the initial objection period.

The Court **ORDERS** the Government to file any objections to Mr. Alvarado's motion to amend no later than **September 23, 2005.** If the Government fails to file a response, the motion to amend will be granted. There shall be no further extensions of time for compliance, except for good cause shown, which means events that are unforeseeable and beyond the control of any of the parties.

The Clerk is ordered to send a copy of this order to the petitioner at FCI Fort Dix, P.O. Box 38, Fort Dix, NJ 08640.

So ordered this ____9th____ day of September 2005, at Hartford, Connecticut.

\_\_\_/s/ CFD_____
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**