# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. ALVARADO, JONATHAN                                   Docket No.  3:02CR00376(CFD)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

**COMES NOW,** Charmaine R. Harkins, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jonathan Alvarado who was sentenced to 63 months' imprisonment followed by 4 years' supervised release for a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(I) and 846 Conspiracy to Distribute Heroin, by the Honorable Christopher F. Droney, United States District Judge, sitting in the court in Hartford, Connecticut on October 28, 2003, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows:  1) The defendant is required to participate in a substance abuse program approved by the U.S. Probation Office; and, 2) The defendant is prohibited from possessing a firearm or other dangerous weapon. Mr. Alvarado commenced his supervised release on March 27, 2007 and is scheduled to terminate on March 26, 2011.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On June 5, 2008, a Report on Offender was submitted to the Court concerning the defendant's arrest on May 26, 2008 for Operating a Motor Vehicle While Under the Influence of Alcohol and/or Drugs. As a result of this arrest, Mr. Alvarado's reporting schedule increased to twice monthly. He was verbally reprimanded for failing to comply with the conditions of his supervision and was referred to the Wheeler Clinic for substance abuse treatment. On July 18, 2008, Mr. Alvarado appeared in Meriden Superior Court under docket number NO7MMV08-490408 and had entered a plea of guilty to Illegal Operation of a Motor Vehicle Under the Influence of Alcohol/Drugs, a misdemeanor, and was sentenced to 6 months' jail, execution suspended, and 18 months' probation. He was also fined $15. Based on this conviction, it is respectfully recommended that Mr. Alvarado's supervision be modified to include 2 months' home confinement with electronic monitoring. Attached, please find a signed Probation Form 49, Waiver of Hearing Form. Defense counsel Edward Murnane has no objections to this modification and AUSA Anastasia King has been notified.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

The defendant shall be placed on home confinement with electronic monitoring for a period of two months. The defendant shall make all provisions for the appropriate installation and operation of the electronic monitoring equipment. Further, the defendant is to comply with all conditions of electronic monitoring as required by the probation office. The defendant shall pay the costs of $3.26 per day. A signed Waiver of Hearing to Modify Conditions is attached.

**ORDER OF COURT**

Considered and ordered this 1st day of ~~July~~ August 2008 and ordered filed and made a part of the records in the above case.

/s/ Christopher F. Droney, USDJ
The Honorable Christopher F. Droney
United States District Judge

Respectfully Submitted,

Charmaine R. Harkins
United States Probation Officer

Place:  Hartford, Connecticut

Date:  July 31, 2008

PROB 49
(3/89)

# United States District Court

### District of Connecticut

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall be placed on home confinement with electronic monitoring for a period of two months. The defendant shall make all provisions for the appropriate installation and operation of the electronic monitoring equipment. Further, the defendant is to comply with all conditions of electronic monitoring as required by the probation office. The defendant shall pay the costs of $3.26 per day. A signed Waiver of Hearing to Modify Conditions is attached.

Witness: _____          Signed: _____
Jonathan Alvarado                                  Charmaine R. Harkins
U.S. Probation Officer                            Probationer or Supervised Releasee

7/29/08
Date